# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JACKSON MENDE, on behalf of himself and all other similarly situated, | : : : | Case No. 2:17-cv-286 |
| Plaintiff, | : : | Judge Michael Watson |
| vs. | : : | |
| WILDCAT INVESTMENTS, LLC; WILDCAT INVESTMENTS OF CENTRAL OHIO, LLC; and WILDCAT INVESTMENTS OF CINCINNATI, LLC, | : : : : : : | Magistrate Judge Kimberly A. Jolson |
| Defendants. | : : | |

## ORDER

This matter came before the Court on June 5, 2017, for a status conference. Having considered the parties' positions expressed during the conference, the Court **ORDERS** that:

1. All deadlines in the above-captioned case, except for the briefing associated with Defendants' Motion to Dismiss or Transfer the Case to the Northern District of Illinois and Plaintiff's Motion for Equitable Tolling (the "Pending Motions"), are hereby **STAYED** until a decision regarding the joint employer issue in the matter of *In re: Jimmy John's Overtime Litigation*, No. 14 Civ. 5509 (N.D. Ill.) (the "*Brunner* Litigation"), is issued. The parties are **DIRECTED** to inform the Court promptly when such decision is issued in the *Brunner* Litigation, and the Court will set a case schedule in the above-captioned case accordingly.

2. In accordance with the above Paragraph 1, the Preliminary Pretrial Conference scheduled for June 14, 2017, is hereby **VACATED**. (*See* Doc. 15).

**IT IS SO ORDERED.**

Date:  June 5, 2017                                              s/ Kimberly A. Jolson
                                                                 KIMBERLY A. JOLSON
                                                                 UNITED STATES MAGISTRATE JUDGE